



## MEMORANDUM OPINION

No. 04-09-00645-CV

Robert A. **ZAJAC**, M.D.,
Appellant

v.

Cristelo **PADRON** Jr.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-06349
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed: November 11, 2009

MOTION TO DISMISS GRANTED AND APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P.

42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent

agreement of the parties, costs are taxed against appellant).


PER CURIAM